## MOSS *v.* BURCH.

*Lumpkin, J.*—Where the only evidence of the service of a bill of
   exceptions consisted of an acknowledgment thereon in these
   words:   "Due and legal service acknowledged on the within
   bill of exceptions; copy and all further service is hereby
   waived," signed by counsel for the defendant in error after
   the expiration of more than ten days from the date upon which

the bill of exceptions was certified, the service was too late, and a motion to dismiss the writ of error must be sustained. *Phillips* v. *McNeice*, 50 *Ga.* 358; *Marietta Paper Co.* v. *Faw*, 64 *Ga.* 450.　　　　　　　　　*Writ of error dismissed.*

May 11, 1896.　Argued at the last term.

*Enoch Faw* and *H. B. Moss*, for plaintiff in error.

*R. N. Holland*, contra.